IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 21-79-RJC |
| vs. | ) |
| | ) Judge Robert J. Colville |
| SUSAN GILBERT, SAM HALPER, EVA HAMILTON, MICHELLE ROMEO, JOHNNA HALLER, COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, d/b/a Brighton Rehabilitation and Wellness Center, and MT. LEBANON OPERATIONS, LLC d/b/a Mount Lebanon Rehabilitation and Wellness Center | ) ) ) ) ) ) ) ) |

## ORDER OF COURT

AND NOW, this 3rd day of June, 2024, upon consideration of Defendants', Comprehensive Healthcare Management Services, LLC and Mt. Lebanon Operations, LLC's, Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 (ECF No. 377) and Motion for a New Trial Pursuant to Fed. R. Crim. P. 33 (ECF No. 420), and for the reasons set forth in this Court's Opinion of the same date, it is hereby ORDERED that the Motions are denied.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record