# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.   )<br>)<br>COMPREHENSIVE HEALTHCARE   )<br>MANAGEMENT SERIVES, LLC,   )<br>)<br>Defendant.   ) | Criminal No. 2:21-79-RJC-6 |

**HEARING ON** – In Person Status Conference

Before Judge Robert J. Colville

Nicole Stockey, AUSA            Colin Callahan, Esquire
Appear for U.S.A.               Appear for Defendant

Probation – Clint McElheny

Hearing begun  8/19/25 at 10:00  AM         Hearing adjourned to _____

Hearing concluded  8/19/25 at  10:11 AM      Stenographer: S. Siatkowski
                                             Clerk: C. Orendi

**WITNESSES:**

         For U.S.A.                      For Defendant

The Court convenes an In Person Status Conference in regards to the Report on Person Under Supervision [491], Defense Counsel and Government state their positions and update the court. Probation makes a statement to the court. All as further stated on the record